UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Travis Edward Dittrich**          Docket No. 7:08-CR-94-1D

## Petition for Action on Supervised Release

COMES NOW Melissa K. Lunsmann, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Travis Edward Dittrich, who, upon an earlier plea of guilty to Receipt of Child Pornography (15 counts), in violation of 18 U.S.C. § 2252(a)(2) and Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on March 25, 2009, to the custody of the Bureau of Prisons for a term of 144 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for life.

Travis Edward Dittrich was released from custody on February 7, 2019, at which time the term of supervised release commenced.

On March 21, 2019, a Petition for Action on Supervised Release was submitted to the court requesting case specific sex offender conditions be added in lieu of the NCE sex offender program conditions.

On May 15, 2019, a Violation Report was submitted advising the court that the defendant admitted to viewing adult pornography. The defendant was restricted from accessing the internet and the court allowed him to continue under supervision.

On May 20, 2019, a Petition for Action on Supervised Release was submitted advising the court that the defendant admitted to drinking 4-6 beers daily after work. He attributed viewing pornography to drinking as it lowered his inhibitions. As a result, the court ordered that the defendant abstain from the use of any alcoholic beverages and not frequent establishments where the primary product is alcohol.

On June 28, 2019, a Violation Report was submitted advising the court that the defendant was deceptive on a polygraph examination and subsequently admitted to viewing pornography.

On July 19, 2019, a report was submitted to the court requesting authorization to release items seized during a warrantless search to a 3rd party for forensic exam. The warrantless search was conducted in response to the deceptive polygraph reported on June 28, 2019.

On August 9, 2019, a Violation Report was submitted advising the court that the defendant was deceptive on a polygraph examination and subsequently admitted to having sexual thoughts about children. The court allowed the defendant to continue under supervision to offer him the opportunity to address the issues in weekly sex offender treatment sessions.

On March 26, 2021, a Violation Report was submitted advising the court that the defendant committed the offenses of Driving While Impaired, Speeding, and Failure to Wear a Seatbelt in New Hanover County, North Carolina. The defendant admitted to drinking alcohol earlier in the day. The court allowed the defendant to continue under supervision while the charges remain pending in New Hanover County District Court, where he has a future court date of October 12, 2021.

Travis Edward Dittrich
Docket No. 7:08-CR-94-1D
Petition For Action
Page 2

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On August 4, 2021, the defendant was confronted by his sex offender treatment provider with suspected alcohol consumption. He admitted to drinking once or twice per week, as he had difficulty "quitting cold turkey." He again admitted this alcohol use during his polygraph examination on August 5, 2021. He has also failed to attend substance abuse treatment at Coastal Horizons Treatment Center in Wilmington, North Carolina, as scheduled. The defendant was verbally reprimanded for these violations. It is respectfully recommended that he be permitted to continue under supervision, with a requirement that he comply with alcohol monitoring and come into compliance with treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for a period not to exceed 60 consecutive days. The defendant must pay all of the cost of the program.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: (910) 346-5103
Executed On: August 5, 2021

## ORDER OF THE COURT

Considered and ordered this ___6___ day of __August__, 2021, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge