UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Travis Edward Dittrich**           **Docket No. 7:08-CR-94-1D**

### Petition for Action on Supervised Release

COMES NOW Henry Ponton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Travis Edward Dittrich, who, upon an earlier plea of guilty to Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), and Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on March 25, 2009, to the custody of the Bureau of Prisons for a term of 144 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for life.

On October 22, 2021, the defendant appeared before Your Honor for revocation proceedings. His term of supervised release was revoked. He was sentenced to Time Served (32 days) and placed under a new term of supervised release for life.

On June 8, 2022, the defendant appeared before Your Honor for revocation proceedings. His term of supervised release was revoked. He was sentenced to 6 months imprisonment and placed under a new term of supervised release for life. Travis Edward Dittrich was released from custody on October 31, 2022, at which time the term of supervised release commenced.

On January 9, 2023, a violation report was submitted to Your Honor advising of the defendant's use of alcohol. Your Honor agreed to take no action to allow the defendant an opportunity to comply with substance abuse testing and treatment.

On February 8, 2023, a Petition for Action on Supervised Release was submitted to Your Honor following the defendant's continued use of alcohol. Your Honor agreed to modify the defendant's conditions of supervised release to include 120 days of remote alcohol monitoring.

On January 3, 2024, a Petition for Action on Supervised Release was submitted to Your Honor following the defendant's relapse with alcohol. Your Honor agreed to modify the defendant's conditions of supervised release to include 60 additional days of remote alcohol monitoring.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 29, 2025, the defendant admitted to relapsing with alcohol on several occasions over the last 60 days. Prior to this admission, the defendant had displayed a prolonged period of abstinence from alcohol use. The issue was staffed with his treatment provider at Coastal Horizons in Wilmington. To provide additional support, both the defendant and his treatment provider agreed a period of remote alcohol monitoring would be beneficial.

On January 6, 2026, the defendant reported to the probation office and signed a Waiver of Hearing, agreeing to the proposed modification of 60 days of remote alcohol monitoring. Aside from the above noted noncompliance, the defendant remains in compliance with his conditions of supervised release. He also continues to remain in individual outpatient substance abuse counseling at Coastal Horizons.

Travis Edward Dittrich
Docket No. 7:08-CR-94-1D
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for a period not to exceed 60 consecutive days. The defendant must pay all of the cost of the program.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Henry Ponton
Henry Ponton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-4290
Phone: 910-679-2048
Executed On: January 13, 2026

### ORDER OF THE COURT

Considered and ordered this __3__ day of __February__, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge